In the Matter of WILLIAM T. McTIGHE, Respondent, v LISA ANDEL PEARL, Appellant.

In the Matter of LISA ANDEL PEARL, Appellant, v WILLIAM T. McTIGHE, Respondent.

Submitted August 9, 2004; decided September 14, 2004

Motion by Ardeth L. Houde, Esq. to be relieved as law guardian for Ashley M. on the appeal herein granted to the extent that she is so relieved and Diane V. Bruns, Esq., c/o LoPinto, Schlather, Solomon & Salk, Esqs., 200 East Buffalo Street, P.O. Box 353, Ithaca, New York 14851 is substituted in her stead.

SANTIAGO PARIS, Appellant, v WATERMAN STEAMSHIP CORPORATION, Respondent.

Submitted July 19, 2004; decided September 14, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the appeal to that Court from Supreme Court's order dismissing the action, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HANLEY, Appellant.

Submitted August 9, 2004; decided September 14, 2004

Motion for assignment of counsel granted and Gary T. Kelder, Esq., P.O. Box 403, Manlius, New York 13104-0403 assigned as counsel to the appellant on the appeal herein.